**Order entered September 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00578-CV

### LAST FRONTIER REALTY CORPORATION, Appellant

### V.

### BUDTIME FOREST GROVE HOMES, LLC, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13968**

## ORDER

Before the Court is appellant's September 13, 2018 motion to supplement the clerk's record. We **GRANT** the motion. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by September 24, 2018, a supplemental clerk's record containing: (1) Plaintiff's Response to Motion for Summary Judgment, including the attached Affidavit and Exhibits A-E, filed on April 9, 2018; (2) Letter dated April 16, 2018 from attorney Stephen Hunnicutt to the trial court; and (3) Letter dated April 16, 2018 from attorney Robert Jenevein to the trial court and proposed Summary Judgment.

Also before the Court is appellant's September 17, 2018 amended motion to extend the time to file a brief. We **GRANT** the motion and extend the time to **October 1, 2018**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all counsel.

/s/    ADA BROWN
        JUSTICE